# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0578
Lower Tribunal No. 2011-CF-001626

_____

JONATHAN GRAVES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and SMITH, JJ., concur.


Iyada Jackson, of Jackson Legal Services, LLC, Altamonte Springs, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED